# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LANE,                    ) | |
| )                                | |
|        Plaintiff,          ) | Case No. 2:14-cv-00411-APG-GWF |
| )                                | |
| vs.                              ) | **ORDER** |
| )                                | |
| HARBOR FILING SERVICES, LLC,     ) | |
| )                                | |
|        Defendant.         ) | |
| _____ ) | |

This matter is before the Court where Defendant, Harbor Filing Services, LLC, has filed an answer (#7) to the Complaint in proper person.  A corporation or limited liability company may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  If Defendant limited liability company intends to continue to defend this matter, it is required to obtain legal counsel.   Accordingly,

**IT IS HEREBY ORDERED** that Defendant Harbor Filing Services, LLC shall have until **June 9, 2014** in which to retain counsel if it intends to defend this matter, or file a status report if more time is required to obtain counsel.

DATED this 23rd day of May, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge