UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LANE, | |
|     Plaintiff, | Case No. 2:14-cv-00411-APG-GWF |
| vs. | **FINDINGS AND RECOMMENDATION AND ORDER** |
| HARBOR FILING SERVICES, LLC, | |
|     Defendant. | |

    This matter is before the Court on the Order to Show Cause (#11), filed June 11, 2014, wherein this Court ordered Defendant Harbor Filing Services, LLC to show cause, in writing, no later than July 7, 2014, why sanctions should not be imposed for its failure to comply with this Court's prior order (#9) to retain counsel.  To date, Defendant Harbor Filing Services, LLC has failed to comply.

    This matter is also before the Court on Plaintiff's Motion to Strike Defendant's Answer (#8) filed May 26, 2014.  To date, no opposition has been filed.  Accordingly,

**RECOMMENDATION**

    **IT IS RECOMMENDED** that the Answer of Defendant Harbor Filing Services, LLC should be **stricken** and its default entered based on Defendant's failure to comply with this Court's Order to obtain counsel.

    **IT IS FURTHER RECOMMENDED** that Plaintiff's Motion to Strike Defendant's Answer (#8) be **granted**.

. . .

. . .

**ORDER**

**IT IS HEREBY ORDERED** that the Clerk of the Court shall mail a copy of this Findings & Recommendation and Order to Defendant Harbor Filing Services, LLC, c/o William Bales, 18582 Ardenwood Lane, Riverside, California 92508.

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 18th day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge