**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANTHONY LANE,<br><br>                    Plaintiff,<br><br>        v.<br><br>HARBOR FILING SERVICES, LLC,<br><br>                    Defendant. | Case No. 2:14-CV-00411-APG-GWF<br><br>**ORDER**<br><br>(Dkt. #8, #12, #13) |

On July 21, 2014, Magistrate Judge Foley entered a Report & Recommendation (Dkt. #12) recommending I strike the Answer of Defendant Harbor Filing Services, LLC for failure to comply with the Court's Order to obtain counsel. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Foley's Report & Recommendation sets forth the proper legal analysis, and the factual basis, for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #12) is accepted, Plaintiff Anthony Lane's Motion to Strike (Dkt. #8) is granted, and Defendant Harbor Filing Services, LLC's Answer (Dkt. #7) is stricken.

IT IS FURTHER ORDERED that Plaintiff Anthony Lane's Request for Entry of Clerk's Default (Dkt. #13) is granted and the clerk of the court shall enter default accordingly.

DATED this 14th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE