UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LANE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HARBOR FILING SERVICES, LLC, a California limited liability company<br><br>Defendant. | Case No.: 2:14-cv-00411-APG-GWF<br><br>**DEFAULT JUDGMENT**<br><br>(Dkt. #17) |

Plaintiff ANTHONY LANE moved for entry of a default judgment against defendant HARBOR FILING SERVICES, LLC. (Dkt. #17.) Defendant's default was previously entered for its failure to answer or otherwise defend as to Lane's complaint of Plaintiff. Defendant is not in the military service of the United States and is not an infant or incompetent person. Good cause appearing therefor,

IT IS HEREBY ORDERED that Judgment is entered in favor of plaintiff ANTHONY LANE and against defendant HARBOR FILING SERVICES, LLC in the following amounts:

1. Actual damages in the amount of $2,500.00;
2. Statutory damages in the amount of $1,000.00;
3. TCPA statutory damages in the amount of $500.00;
4. Costs of suit in the amount of $465.00; and
5. Attorney's fees in the amount of $5,687.50,

for a total Judgment in favor of plaintiff ANTHONY LANE and against defendant HARBOR FILING SERVICES, LLC in the amount of **Ten Thousand One Hundred Fifty-Two and 50/100 U.S. Dollars ($10,152.50),** all to bear interest at the statutory rate from date of entry of this Judgment until paid in full.

IT IS FURTHER ORDERED that this Judgment shall be considered a final Judgment for all purposes.

DATED this 18th day of November 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE